```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

**UNITED STATES OF AMERICA**

VS.                              CRIMINAL NO. 3:05-cr-79-WHB
                                 CIVIL ACTION NO. 3:07-cv-376-WHB

**SUFIAN ASSI**

### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and with the Opinion and Order that denied Defendant Sufian Assi's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, this case is hereby finally dismissed, with prejudice.

SO ORDERED this the 6th day of February, 2008.

                              s/ William H. Barbour, Jr.
                              UNITED STATES DISTRICT JUDGE